UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.	CASE NO: 2:13-cr-109-FtM-38UAM

JUAN URBINA-MORA

### ORDER

This cause is before the Court following a status conference held April 14, 2014. Previously, the case remained on the April trial term, with a plea deadline of April 11, 2014. The case was to be added to the April 14, 2014 status conference if the case did not plea prior to the deadline. A plea was not effected prior to the deadline and the case was added to the status conference date accordingly. At the hearing, for the reasons stated on the record, the case was added to the May 2014 trial term. The Government had no objection.

Accordingly, the oral motion is **GRANTED**. This case is placed on the May 2014 trial term, commencing May 5, 2014. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the April 2014 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

**DONE AND ORDERED** at Fort Myers, Florida, this 23rd day of April, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record